## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Brian Dennis Pierce  
**DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-40-3 | 10/18/2023 | 10:58 AM - 11:45 AM | Grand Rapids | |

### APPEARANCES

**Government:** Christopher M. O'Connor, Richard Clayton Stiffler  
**Defendant:** Ben M. Gonek  
**Counsel Designation:** Retained

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute   [ ] nolo contendre
  - [ ] not guilty   [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention   (waived __ )
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: ____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ____

**Court to Issue:**
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [✓] Other: Judgment

### CHANGE OF PLEA
Charging Document:
- [ ] Read   [ ] Reading Waived

Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

**Imprisonment:** 24 Months  
**Probation:**  
**Supervised Release:** 2 Years  
**Fine:** $ 25,000.00  
**Restitution:** $  
**Special Assessment:** $ 100.00

**Plea Agreement Accepted:** [✓] Yes  [ ] No  
**Defendant informed of right to appeal:** [✓] Yes  [ ] No  
**Counsel informed of obligation to file appeal:** [✓] Yes  [ ] No

**Conviction Information:**
- Date: 5/12/2023
- By: Plea
- As to Count (s): Three

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |

**CASE TO BE:**  
**TYPE OF HEARING:**

**Reporter/Recorder:** Genevieve Hamlin  
**Case Manager:** R. Wolters