UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No: 23-cr-00040

-vs-                                    Hon. Jane M. Beckering

BRIAN DENNIS PIERCE,

    Defendant.

---

CHRISTOPHER O'CONNOR (P71846)
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Avenue, NW
P.O. Box208
Grand Rapids, MI 49501-0208
(616) 456-2404
(616) 456-2517 (fax)
Christopher.oconnor@usdoj.gov

BEN M. GONEK (P43716)
LAW OFFICE OF BEN GONEK, PLLC
Attorney for Defendant
14290 Northline Road
Southgate, MI 48195
(313) 963-3377
(313) 924-1284 (fax)
ben@goneklaw.com

---

## DEFENDANT'S PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**NOW COMES** the Defendant, Brian Dennis Pierce, by and through his attorney, Ben M. Gonek, and respectfully petitions this Court for entry of an order granting early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1), for the following reasons:

1.    On October 18, 2023, this Court entered a Judgment in a Criminal Case as a result of Mr. Pierce pleading guilty to Count Three of the Felony Information,

charging Conspiracy to Commit Bribery in violation of 18 U.S.C. §§ 371 and 666(a)(2). [ECF No. 132].

2.    The Court sentenced Mr. Pierce to a term of twenty-four (24) months' imprisonment, followed by two (2) years of supervised release.

3.    The Court also imposed a fine of $25,000 and a $100 special assessment.

4.    Mr. Pierce was released from custody on February 6, 2025.

5.    Mr. Pierce has now been on supervised release for just over one year and has completed more than half of his two-year term of supervision.

6.    Under 18 U.S.C. § 3583(e)(1), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Early termination is a discretionary decision and is warranted where the movant demonstrates changed circumstances, such as exceptionally good behavior. *United States v. A. Eddy Zai*, No. 23-3248 (6th Cir. Jan. 8, 2024).

7.    Mr. Pierce was released from custody on February 6, 2025.

8.    He has completed more than one year of supervised release and therefore meets the statutory threshold for eligibility for early termination under 18 U.S.C. § 3583(e)(1).

9.    Since his release from custody, Mr. Pierce has been in compliance with his terms of supervised release.

10.   Mr. Pierce secured gainful employment at US Jack in Benton Harbor, Michigan, on February 26, 2025, within three weeks of his release.  He works full-time (40 hours per week) in sales and marketing, earning $20 per hour, and has maintained continuous, stable employment throughout his supervision.

11.   He began making $100 monthly payments in April 2025 and, following a financial review in October 2025, voluntarily increased his payments to $150 per month.  The current balance is approximately $8,000, reflecting additional payments from other sources

12.   The Judicial Conference's Guide to Judiciary Policy provides that "[t]he existence of an outstanding financial penalty does not adversely affect early termination eligibility, as long as the person under supervision is in compliance with the payment plan for the prior 12 months." *United States v. A. Eddy Zai*, No. 22-3371 (6th Cir. Dec. 21, 2022).

13.   Mr. Pierce regularly attends weekly sobriety support meetings, attending three to four meetings per week, demonstrating a sustained commitment to recovery and personal accountability.

14.    In October 2026, the U.S. Probation Office transferred Mr. Pierce to administrative probation, reflecting its assessment that he no longer requires intensive supervision and has successfully reintegrated into the community.

15.    Mr. Pierce has demonstrated stable community reintegration through continuous employment, consistent meeting attendance, and full compliance with supervision conditions.

16.    The undersigned made contact with the Assistant United States Attorney handling this matter seeking concurrence in the relief sought and it was denied.

Wherefore for all of the above-mentioned reasons, Defendant Brian Pierce respectfully requests that this Court grant the instant motion.

Respectfully submitted,

*/s/ Ben M. Gonek*
BEN M. GONEK (P43716)
Law Office of Ben M. Gonek, PLLC
Attorney for Defendant
14290 Northline Road
Southgate, MI 48195
(313) 963-3377
(313) 924-1284 (fax)
ben@goneklaw.com

Dated: February 11, 2026

## <u>CERTIFICATE OF SERVICE</u>

Ben M. Gonek hereby states that on the 11th day of February 2026, he caused the foregoing Defendant's Petition for Early Termination of Supervised Released to be filed electronically with the United States District Court and that copies were forwarded to all counsel of record through the ECF System.

*/s/ Ben M. Gonek*
BEN M. GONEK (P43716)
